## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Simmons, Patricia Anne | Case Number:  04 B 15498 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  4/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  March 13, 2008
Confirmed:  June 21, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 22,140.96 | |
| Secured: | | 9,660.88 |
| Unsecured: | | 7,761.55 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,071.54 |
| Other Funds: | | 946.99 |
| Totals: | 22,140.96 | 22,140.96 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 2,182.18 | 2,182.18 |
| 3. | Americredit Financial Ser Inc | Secured | 7,478.70 | 7,478.70 |
| 4. | Americredit Financial Ser Inc | Unsecured | 2,831.49 | 4,044.98 |
| 5. | Monterey Financial Services | Unsecured | 373.14 | 533.05 |
| 6. | RoundUp Funding LLC | Unsecured | 903.34 | 1,290.49 |
| 7. | Figi's Inc. | Unsecured | 89.46 | 127.80 |
| 8. | Fingerhut Corporation | Unsecured | 80.96 | 115.65 |
| 9. | Capital One | Unsecured | 342.37 | 489.10 |
| 10. | Capital One | Unsecured | 294.64 | 420.91 |
| 11. | Capital One | Unsecured | 517.70 | 739.57 |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 17,793.98 | $ 20,122.43 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 83.78 |
| 6.5% | 250.01 |
| 3% | 48.38 |
| 5.5% | 240.79 |
| 5% | 80.64 |
| 4.8% | 131.42 |
| 5.4% | 236.52 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Simmons, Patricia Anne

           Printed:  4/8/08

Case Number:  04 B 15498

Judge:  Hollis, Pamela S

Filed:  4/20/04

_____

$ 1,071.54

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: